# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

John Conti,

    Plaintiffs,

    v.

                                                                      C.A. No. 21-296MSM

Citizens Bank, NA,
    Defendants.

## **JUDGMENT**

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered on September 28, 2022.

                           Enter:

                           /s/ C.Potter

                           Deputy Clerk

Dated: 9/28/2022