# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

John Conti, on behalf of himself and all others similarly situated
_____

Plaintiff

v.

Case No. 1:21-CV-00296-MSM-PAS

Citizens Bank, N.A.
_____

Defendant

## NOTICE OF APPEAL

Notice is hereby given that __John Conti__ ,
                                                  Name

the __Plaintiff__ in the above-referenced matter, hereby appeals to the United States
    Party Type

Court of Appeals for the First Circuit from the:

[x] Final judgment entered on __9/28/22__ .
                            Date of Judgment

and/or

[ ] The order _____ entered on _____ .
        Description of Order                       Date of Order

Respectfully submitted,

Michael Liskow, Esq.  
Name

*Michael Liskow*  
Signature

Pro Hac Vice  
Bar Number

10/7/2022  
Date

CALCATERRA POLLACK, LLP  
Firm/Agency

917-899-1765  
Telephone Number

1140 Avenue of the Americas, 9th FL  
Address

mliskow@calcaterrapollack.com  
Email Address

New York, NY 10036  
City/State/Zip Code